THE LAW OFFICE OF JACOB K. KASHANI, APC
Jacob Kahen Kashani (SBN 298391)
jacob@jkashanilaw.com
6315 Van Nuys Blvd., Suite 200
Van Nuys, CA 91401
Attorney for Plaintiff JAMELL F. LEMUS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMELL F. LEMUS<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive<br><br>Defendant(s). | Case No.: 2:23-cv-07046-DMG-AGRx<br><br>Hon. Dolly M. Gee<br><br>**ORDER FOR DISMISSAL OF THE ACTION [19]**<br><br>Notice of Removal Filed: August 28, 2023<br>State Court Complaint Filed: July 6, 2023 |

It is so ordered that, pursuant to the Stipulation of the Parties, the Court hereby Orders that the case is Dismissed without Prejudice.

**IT IS SO ORDERED.**

Date: December 18, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE